```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA
                  FORT LAUDERDALE DIVISION

                              CASE NO: 16-BK-16362-RBR
                              Chapter 7
In re
Daniel Becerra
Vanessa Maria Becerra

            Debtor(s).      /


                     FIDELITY BANK'S
                MOTION FOR RELIEF FROM STAY
```

**"Any interested party who fails to file and serve a written response to this motion within 14 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion."**

Fidelity Bank (hereafter "Movant"), pursuant to 11 U.S.C. Section 362(d), moves the Court for entry of an Order modifying the automatic stay against lien enforcement to permit Movant to enforce its security interest in property, and says:

  1. Debtor(s) filed a Petition under Chapter 7 of the Bankruptcy Code.

  2. On that date Debtor(s) had an interest in certain property described as:

        2010 Ford F150 VIN 1FTFW1CV1AKE54317.

  3. Movant has a perfected security interest in the above described property by virtue of those certain written instruments, copies of which are attached to this Motion.

4. Debtor(s) defaulted on said written instruments by failing to pay the monthly payment which was due on March 23, 2016 and all subsequent payments.

5. Movant has exercised its option to accelerate maturity of the entire balance due and owing on said written instruments which is the sum of $24,046.05 plus interest. It is the opinion of the Movant that the property has a replacement value of $24,000.00.

6. The filing of the Petition under the Bankruptcy Code has stayed Movant from enforcing its security interest which it is now entitled to do.

7. Movant has repossessed the collateral on April 27, 2016, and Movant desires to sell same to prevent further depreciation of its security interest and mitigate its damages.

8. The property is not necessary to any plan of reorganization that could be proposed by the Debtor(s).

9. If the Court lifts the stay then it should also waive the requirement of Bankruptcy Rule 4001(a)(3), therefore allowing an Order to be effective upon this Honorable Court's signature. In addition, Creditor prays that the Court suspend the Rule in all instances in which there is a Consent to such waiver on the part of the Debtor(s).

WHEREFORE, Creditor requests that the Court enter an order modifying or terminating the automatic stay as to the Debtor(s) and to the estate to permit Creditor to enforce its <u>in rem</u> remedies against the Collateral, including payment of Creditor's reasonable attorneys fees and costs.

                                          Lawrence J. Bernard, P.A.

                                          /S/ Lawrence J. Bernard
                                          _____
                                          Lawrence J Bernard
                                          Attorney for Creditor
                                          480 Busch Drive
                                          Jacksonville, FL 32218
                                          Phone:   (904) 751-6980
                                          TollFree: (866) 353-5884
                                          Fax:     (904) 751-6983
                                          Florida Bar #248436

<u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a copy of Fidelity Bank's Motion for Relief from Stay including attachments has been furnished either by electronic or standard first class mail on May 16, 2016, to:  Daniel Becerra, Vanessa Maria Becerra , Debtors, 5900 Palm Trace Landings Dr #209, Fort Lauderdale, FL 33314; Robert Sanchez, Esq, Debtor's Attorney, 355 W 49 St., Hialeah, FL 33012; Leslie S Osborne, Trustee, 1300 N. Federal Hwy #203, Boca Raton, FL 33432.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I FURTHER CERTIFY that I am in compliance with Local Rule 9073-1 by contacting the adverse parties to attempt to resolve the matter without hearing.

Lawrence J. Bernard, P.A.

/S/ Lawrence J. Bernard
_____
Lawrence J Bernard
Attorney for Creditor
480 Busch Drive
Jacksonville, FL 32218
Phone:    (904) 751-6980
TollFree: (866) 353-5884
Fax:      (904) 751-6983
Florida Bar #248436