UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 16-BK-16362-RBR
CHAPTER: 7

In re
Daniel Becerra
Vanessa Maria Becerra

_____ Debtor(s). _____/

## FIDELITY BANK'S CERTIFICATE OF SERVICE/PROOF OF SERVICE

I CERTIFY that a copy of the Notice of Hearing (Document #14) dated June 1,

2016 has been furnished by CM-ECF or regular U.S. Mail on Thursday, June 02, 2016,

to: Daniel Becerra, Vanessa Maria Becerra , Debtors, 5900 Palm Trace Landings Dr

#209, Fort Lauderdale, FL 33314; Robert Sanchez, Esq, Debtor's Attorney, 355 W 49 St.,

Hialeah, FL 33012; Leslie S Osborne, Trustee, 1300 N. Federal Hwy #203, Boca Raton,

FL 33432.

Lawrence J. Bernard, P.A.


/s/ Lawrence J Bernard
_____
Lawrence J Bernard
Creditor's Attorney
480 Busch Drive
Jacksonville, FL 32218
Phone:    (904) 751-6980
TollFree: (866) 353-5884
Fax:       (904) 751-6983
Florida Bar #248436